Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Michael Cozzolino

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Cozzolino,<br><br>           Plaintiffs,<br><br>      vs.<br><br>NCO Financial Systems, Inc.; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: CV11-2714 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants NCO Financial Systems, Inc. with prejudice and without costs to any party.

| Plaintiff | Sessions, Fishman, Nathan & Israel, LLP |
|---|---|
| ___/s/ Tammy Hussin_____ | _/s/Debbie P. Kirkpatrick_____ |
| TAMMY HUSSIN<br>Attorney for Plaintiff | DEBBIE P. KIRKPATRICK<br>Attorney for NCO Financial Systems |

_____
SO ORDERED


DATED:  August 10, 2011

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 10, 2011, I served a true copy of foregoing document(s): **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on August 10, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 10, 2011.

>                                   By:  /s/  Tammy Hussin
>                                   Tammy Hussin  *Of Counsel*
>                                   Lemberg & Associates
>                                   Attorney for Plaintiff, Michael Cozzolino