1  Tammy Hussin (Bar No. 155290)
   *Of Counsel*
2  Lemberg & Associates LLC
   6404 Merlin Dr.
3  Carlsbad, CA 92011
   Telephone (855) 301-2100 ext. 5514
4  thussin@lemberglaw.com

5  Lemberg & Associates LLC
   A Connecticut Law Firm
6  1100 Summer Street
   Stamford, CT  06905
7  Telephone:  (203) 653-2250
   Facsimile:  (203) 653-3424

8
   Attorneys for Plaintiffs,
9  Michael Cozzolino

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTH DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15
   Michael Cozzolino,                     Case No.: CV11-2714 EDL
16
                    Plaintiffs,            **STIPULATION AND [PROPOSED]
17                                         ORDER RE: VOLUNTARY
           vs.                             DISMISSAL WITH PREJUDICE**
18
   NCO Financial Systems, Inc.; and DOES
19 1-10, inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

CV11-2714 EDL                                      STIPULATION OF DISMISSAL

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby discontinued against Defendants NCO Financial Systems, Inc. with prejudice and without costs to any party.


Plaintiff                                          Defendant

___/s/ Tammy Hussin_____          ___/s/ Debbie P. Kirkpatrick_

TAMMY HUSSIN                            DEBBIE P. KIRKPATRICK
Attorney for Plaintiffs                Attorney for Defendant




DATED:  August 11, 2011

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On August 11, 2011, I served a true copy of

foregoing document(s): **STIPULATION AND [PROPOSED] ORDER RE:**

**VOLUNTARY DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby
certify that on August 10, 2011, a copy of
the foregoing document was filed
electronically. Notice of this filing will be
sent by operation of the Court's electronic
filing system to all parties indicated on
the electronic filing receipt. All other
parties will be served by regular U.S.
Mail. Parties may access this filing
through the Court's electronic filing
system.

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

1    Executed on August 11, 2011.

2

3                                          By:___/s/   Tammy Hussin_____
4                                          Tammy Hussin  *Of Counsel*
                                           Lemberg & Associates
5                                          Attorney for Plaintiff, Michael Cozzolino

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28